UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRAYTON JAMES GROTH,

        Plaintiff,

v.

CITY OF BIRMINGHAM, NICHOLAS HILL,
SCOTT MCINTYRE, RAYMOND FAES,
ANTHONY PAREDES, and NICHOLAS
KRUMM,

        Defendants.

Case Number 23-11355
Honorable David M. Lawson

_____/

## ORDER STRIKING IMPROPER FILING

On June 19, 2024, the parties filed a stipulation to extend the plaintiff's deadline to respond to the defendants' motion for summary judgment. The filing included a proposed order that counsel evidently intended for the Court to sign and enter. The inclusion of the proposed order was improper because such orders never should be filed by counsel on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R. 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function.

Accordingly, it is **ORDERED** that the parties' stipulation to extend the response deadline (ECF No. 36) is **STRICKEN**.

                                                s/David M. Lawson
                                                DAVID M. LAWSON
                                                United States District Judge

Dated: June 20, 2024