UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAYTON JAMES GROTH,

Plaintiff,

v.

Case Number 23-11355
Honorable David M. Lawson

NICHOLAS HILL, SCOTT MCINTYRE,
and RAYMOND FAES,

Defendants.
______________________________________/

**ORDER OF PARTIAL DISMISSAL**

Pursuant to the stipulation of the parties (ECF No. 97), it is **ORDERED** that the plaintiff's claims against defendant Scott McIntyre, only, are **DISMISSED WITH PREJUDICE** and without costs to any party.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 16, 2026