UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAYTON JAMES GROTH,

Plaintiff,

v.

Case Number 23-11355
Honorable David M. Lawson

NICHOLAS HILL and RAYMOND FAES,

Defendants.

_______________________________________/

**ORDER OF DISMISSAL**

The parties have reached an agreement to settle the case, the terms of which were confirmed on the record on September 3, 2026.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may move to reopen the case to enforce the terms of the settlement agreement **on or before November 2, 2026**.

It is further **ORDERED** that the parties' pending motions *in limine* (ECF No. 80, 81, 82, 84, 85, 86, 87) are **DISMISSED AS MOOT**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: September 4, 2026